UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                                ) CASE NO: 08-41435-399
                                      )
TERRY N TRUMBULL                      )
                                      )    CHAPTER 13
MARY ANN TRUMBULL                     )
                                      )
                  DEBTOR(S)           )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

    COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
REAL TIME RESOLUTIONS INC
1750 REGAL ROW                        $           109.60
STE 120
DALLAS TX
117449              75235
```

/s/ John V. LaBarge, Jr.
-----------------------------------
DATE: June 30, 2011                  JOHN V. LABARGE, JR.,
                                     CHAPTER 13 TRUSTEE
                                     P.O. Box 430908
                                     St. Louis, MO 63143
XC -091                              (314) 781-8100   trust33@ch13stl.com